U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 13  PM 12: 18

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHANIE S. WRIGHT | CIVIL ACTION |
| VERSUS | NO. 04-~~2191~~ 3473 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "A" (1) |

## ORDER

Plaintiff, Stephanie S. Wright, has filed written objections to the Report and Recommendations of the United States Magistrate Judge. The magistrate judge found no error in the Commissioner's final decision that Plaintiff is not entitled to disability insurance benefits and recommended that Defendant's motion for summary judgment be granted and Plaintiff's motion for summary judgment be denied.

Wright argues that the ALJ did not accord sufficient weight to the opinion of her treating physician, Dr. Robert Barnes, in determining whether she is "disabled" within the meaning of the Social Security Act. Wright raised this same argument in her motion for summary judgment before the magistrate judge. The magistrate judge, in her Report and Recommendations, fully addressed this argument, and this Court finds no error with her conclusions. As properly noted by the magistrate judge, "Even though the opinion and diagnosis of a treating physician should

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

be afforded considerable weight in determining disability, the ALJ has the sole responsibility for determining a claimant's disability status. The ALJ is free to reject the opinion of any physician when the evidence supports a contrary conclusion." (Rec. Doc. 10 (*quoting* Newton v. Apfel, 209 F.3d 448, 455 (5th Cir. 2000)). Plaintiff contends that the neuropsychological report prepared by Dr. William Black, supports Dr. Barnes' opinion that she is "disabled," and thus there is sufficient evidence to support a finding that she is entitled to disability benefits. Notwithstanding some apparent corroboration, the record does contain substantial "evidence [that] supports a contrary conclusion" in the form of medical opinions, as noted in the Report and Recommendation; thus, the ALJ was entitled to reject the opinion of treating physician Dr. Barnes. (Rec. Doc. 10, p. 16, 17).

Furthermore, the diagnoses and opinions of treating and examining physicians constitute only one factor in the four-part inquiry used to determine whether substantial evidence of a "disability" within the meaning of the Social Security Act exists. Martinez v. Chater, 64 F.3d 172, 174 (5th Cir. 1995). Among the other factors to be considered is the claimant's subjective evidence of pain and disability. Id. The fact that Wright "cares for three young children and engages in a wide range of routine activities [including exercise]" supports the ALJ's finding that Wright is not "disabled" and therefore not entitled to disability benefits. (Rec. Doc. 10, p.18).

Having considered the complaint, plaintiff's motion for summary judgment, defendant's motion for summary judgment, the record, the applicable law, and plaintiff's objections to the magistrate judge's report and recommendation, the Court concludes that Wright's objections are without merit.

Accordingly;

**IT IS ORDERED** that Plaintiff's Objections to the Report and Recommendation are **DENIED**. For the reasons given by the magistrate judge, Defendant's Motion for Summary Judgment (Rec. Doc. 9) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Rec. Doc. 8) is **DENIED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of October, 2005.

United States District Judge